■ In the Matter of LEAH CLINE, Appellant, v SHAWN CLINE, Respondent. [855 NYS2d 410]—Appeal from an order of the Fam-

ily Court, Steuben County (Timothy K. Mattison, J.H.O.), entered February 9, 2007 in a proceeding pursuant to Family Court Act article 6. The order granted the parties joint custody of their children with primary physical custody to respondent.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Hurlbutt, Smith, Fahey and Gorski, JJ.